UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

**DECISION AND ORDER
11-CR-116S**

BORIS AGUAYO-MATOS,

Defendant.

1. On January 3, 2013, the Defendant entered into a written plea agreement (Docket No. 99) and pled guilty to a two count Superseding Information (Docket No. 96) charging a violation of Title 21 U.S.C. § 846 (conspiracy to possess with intent to distribute a controlled substance) and 18 U.S.C. § 924(c)(1) (possession of a firearm in furtherance of a drug trafficking crime).

2. On January 3, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 101) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's January 3, 2013, Report and Recommendation, the plea agreement, the superseding information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's January 3, 2013, Report and Recommendation (Docket No. 101) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Boris Aguayo-Matos, is accepted, and he is now adjudged guilty of Title 21 U.S.C. § 846 and Title 18 U.S.C. § 924(c)(1).

SO ORDERED.

Dated: January 27, 2013
       Buffalo, New York

                                                                         s/William M. Skretny
                                                                        WILLIAM M. SKRETNY
                                                                              Chief Judge
                                                             United States District Court